**UNITED STATES of America, Plaintiff—Appellee,**

v.

**David Glenn GREEN, Defendant— Appellant.**

No. 03–4237.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 5, 2003.

Decided Dec. 18, 2003.

Louis C. Allen, III, Federal Public Defender, William C. Ingram, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant.

Robert J. Conrad, Jr., United States Attorney, Karen Marston Wilson, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

* *Brady v. Maryland,* 373 U.S. 83, 83 S.Ct. 1194,

PER CURIAM.

David Glenn Green was convicted after a jury trial of two counts each of armed bank robbery and using a firearm during a crime of violence. He appeals the district court's denial of his motion for a new trial based on the Government's non-disclosure of *Brady** material. We have examined the briefs and record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court from the bench. (J.A. at 931–32). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*